**Order entered July 31, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-00421-CR
No. 05-13-00422-CR
No. 05-13-00423-CR
No. 05-13-00424-CR
No. 05-13-00425-CR

**THE STATE OF TEXAS, Appellant**

**V.**

**ALBERT G. HILL III, Appellee**

**On Appeal from the 204th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F11-00180-Q, F11-00181-Q, F11-00182-Q,**
**F11-00183-Q, F11-00191-Q**

## ORDER

The Court **GRANTS** the State's July 29, 2013 motion for extension of time to file the

State's opening brief.

We **ORDER** the State to file the brief within **THIRTY DAYS** from the date of this

order.

/s/      CAROLYN WRIGHT
CHIEF JUSTICE